

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00408-CV

Belinda **ORTIZ**,
Appellant

v.

Miguel Angel **MARTINEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI14579
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee is awarded the costs he incurred related to this appeal.

SIGNED July 28, 2021.

_____
Irene Rios, Justice